FILED
2016 Feb-25  PM 04:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| JAMES WESLEY MOSS, et al.,     ) | |
| )  | |
| Plaintiffs,     ) | |
| )  | Civil Action Number |
| vs.     ) | 2:15-cv-2132-AKK |
| )  | |
| JAMES R. BROWN, et al.,     ) | |
| )  | |
| Defendants.     ) | |
| )  | |

## ORDER

The court has for consideration Plaintiffs' Motions to Dismiss, docs. 32 and 33, both of which are **GRANTED**. Consistent with the motions, the claims against the Bank of Nova Scotia are **DISMISSED** without prejudice, and the claims against FPS Pharma, Inc., Mill City Gold Corp., James R. Brown, Janice Brown, Pierre Rodrique Joncas, Herbert Leary, Robert Hubbard, and Gordon S. McKinnon are **DISMISSED WITH PREJUDICE.**

**DONE** the 25th day of February, 2016.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE